**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARIBEL LOPEZ-MARTINEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-25-CV-712-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On January 7, 2026, the Court granted in part Lopez-Martinez's Amended Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Jan. 7, 2026, Order 4, ECF No. 5. Respondents have now informed the Court that Lopez-Martinez received a bond hearing where an IJ found that Lopez-Martinez was now subject to a final removal order that was issued on December 30, 2025, and thus not entitled to bond. Status Report, ECF No. 6. The IJ also found that "DHS has proven that [Lopez-Martinez] is a flight risk if released" because of the final removal order. *Id.* Ex. A ("IJ Order"), ECF No. 6-1.

It appears that the only remaining matter to be resolved in this case is Lopez-Martinez's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Am. Pet. 31, ECF No. 2; *see generally* Jan. 7, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**. To the extent Lopez-Martinez wishes to seek additional relief from the Court, she may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 16th day of January, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE